# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARLON T. HOLMES,** : | |
| : | |
| **Petitioner** : | **CIVIL ACTION NO. 3:13-1935** |
| : | |
| v. : | |
| : | **(MANNION, D.J.)** |
| **DANIEL KEEN, et al.,** : | **(BLEWITT, M.J)** |
| : | |
| **Respondents** : | |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** The report and recommendation, (Doc. No. 6), of Judge Blewitt is **ADOPTED**;

**(2)** petitioner's motion to proceed in forma pauperis, (Doc. No. 4), is **GRANTED** for the sole purpose of filing this action;

**(3)** the petition for habeas corpus is **DISMISSED**, (Doc. No. 1), without prejudice, and;

**(4)** the Clerk is directed to close the case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: October 15, 2013**

O:\Mannion\shared\MEMORANDA - DJ\2013 MEMORANDA\13-1935-01-order.wpd